# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

AMRIK SINGH                              :        DOCKET NO. 2:09-cv-0914

                                                 Section P

VS.                                      :        JUDGE MELANCON

ERIC H.  HOLDER, ET AL.                  :        MAGISTRATE JUDGE HILL

## J U D G M E N T

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation.  No objections have been filed.  The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.  Accordingly;

**IT IS ORDERED** that the Respondents' Motion to Dismiss [Rec. Doc. 17] is **GRANTED** and accordingly, this petition is **DENIED AND DISMISSED WITH PREJUDICE** as moot.

**THUS DONE AND SIGNED**, in Lafayette,  Louisiana, on this 4th day of November, 2009.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE